UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| CAMBRIDGE TAXI DRIVERS AND OWNERS ASSOCIATION, INC.<br>    PLAINTIFF<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS,<br>NICOLE MURATI FERRER, CHAIR OF THE<br>CAMBRIDGE LICENSE COMMISSION,<br>E. DENISE SIMMONS, MAYOR OF CAMBRIDGE,<br>CHRISTOPHER BURKE,<br>CAMBRIDGE POLICE COMMISSIONER, and<br>RICHARD C. ROSSI, CITY MANAGER<br>    DEFENDANTS | Civil Action No.: |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

NOW COME the above captioned Plaintiff and requests that this Court issue a Preliminary Injunction ordering the Defendants to enforce certain regulations against so-called Transportation Network Companies.  Plaintiffs further rely on their Memorandum of Law in Support of their Motion for Preliminary Injunction filed herewith.

        Respectfully Submitted,
        Plaintiffs,
        By their Attorneys,

        /s/ Jenifer M. Pinkham
        Jenifer M. Pinkham
        BBO #658031
        Tiffany L. Stichel
        BBO #672713
        Schlossberg, LLC
        35 Braintree Hill Office Park
        Suite 204
        Braintree, MA 02184
        781.848.5028
        jpinkham@sabusinesslaw.com

Dated: June 29, 2016

G:\Cambridge Taxi Drivers & Owners Association, Inc. - CY015\CTDOA v. City of Cambridge - 002\Docs\MotionPI062916.docx

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2016.

        /s/ Jenifer M. Pinkham
        Jenifer M. Pinkham