UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE TAXI DRIVERS AND OWNERS ASSOCIATION, INC.,<br>                              Plaintiff<br><br>v.<br><br>CITY OF CAMBRIDGE, MASSACHUSETTS, NICOLE MURATI FERRER, CHAIR OF THE CAMBRIDGE LICENSE COMMISSION, E. DENISE SIMMONS, MAYOR OF CAMBRIDGE, CHRISTOPHER BURKE, CAMBRIDGE POLICE COMMISSIONER, and RICHARD C. ROSSI, CITY MANAGER,<br>                              Defendants | Civil Action No. 16-cv-11357-NMG |

## **AFFIDAVIT OF NICOLE MURATI FERRER**

I, Nicole Murati Ferrer, hereby certify that the following statements are true and accurate to the best of my knowledge, belief, and records made available to me:

1. I am the Chair of the Cambridge License Commission and have served in that capacity since January, 2016.

2. The City of Cambridge regulates taxicabs pursuant to the authority delegated by the legislature. G.L. c. 40, § 22; G.L. c. 159; Chapter 95 of the Acts of 1922.

3. Recognizing the expanding for-hire transportation market, the City has, since 2013 considered what, if any, changes are necessary to accommodate that expanding market. Initially, that conversation was focused on ways to facilitate modernization of the taxi industry so it could compete with other market participants.

4. To that end, in 2013, the Cambridge City Council passed a policy order requesting that the City Manager confer with the Cambridge Advisory Taxicab Subcommittee (a body

comprised of government officials and private parties) regarding recommendations for the modernization of the taxi industry in Cambridge.

5. In 2014, the City Council convened a roundtable meeting which included the Chair of the License Commission, to discuss how "new technologies" could be incorporated into the City's licensing programs.

6. In 2015, acknowledging the state government's indication that it would regulate in this area, the City Council passed two policy orders expressing support for the state moving forward expeditiously.

7. In late 2015 and early 2016, the City convened four meetings of a Taxi Industry Working Group, which brought together stakeholders for the purpose of discussing the future of taxicab regulation and the transportation-for-hire market in the City.  Subsequently, the License Commission began the process of drafting new regulations to modernize the current hackney regulations in light of the information gathered in the Working Group.

Signed under the pains and penalties of perjury this 16th day of August, 2016.

_____
Nicole Murati Ferrer
Chair, Cambridge License Commission