UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____
                                                               }
CAMBRIDGE TAXI DRIVERS AND OWNERS  }
ASSOCIATION, INC.  }
      PLAINTIFF  }
v.  }
  }
CITY OF CAMBRIDGE, MASSACHUSETTS,  }      Civil Action No.:
      NICOLE MURATI FERRER, CHAIR OF THE  }      16-cv-11357-NMG
CAMBRIDGE LICENSE COMMISSION,  }
E. DENISE SIMMONS, MAYOR OF CAMBRIDGE,  }
CHRISTOPHER BURKE,  }
CAMBRIDGE POLICE COMMISSIONER, and  }
RICHARD C. ROSSI, CITY MANAGER  }
      DEFENDANTS  }
_____}

**PLAINTIFF'S MOTION FOR LEAVE
TO EXCEED PAGE LIMIT**

Plaintiff, Cambridge Taxi Drivers and Owners Association, Inc., hereby moves this honorable Court, pursuant to Local Rule 7.1(b)(4), for leave to file a Memorandum of Law Opposing Defendants' Motion to Dismiss exceeding 20 pages (submitted herewith). The additional pages are required in order to permit Plaintiff to adequately describe the complex relevant case law and regulations raised by the motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant leave to exceed the twenty page limit set forth in Local Rule 7.1(b)(4).

                                      Respectfully submitted,
                                      By the Plaintiff,

                                      ___/s/ Jenifer M. Pinkham_____
                                      Jenifer M. Pinkham
                                      BBO #658031
                                      Tiffany L. Stichel
                                      BBO #672713

Schlossberg, LLC  
35 Braintree Hill Office Park  
Suite 204  
Braintree, MA 02184  
781.848.5028  
jpinkham@sabusinesslaw.com

Dated: September 7, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2016.

____/s/ Tiffany L. Stichel_____  
Tiffany L. Stichel