UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**Cambridge Taxi Drivers and**      )
**Owners Association, Inc.**        )
                                    )
                                    )
            Plaintiff,              )    Civil Action No.
                                    )    1:16-cv-11357-NMG
                                    )
v.                                  )
                                    )
**City of Cambridge et al,**        )
                                    )
                                    )
                                    )
            Defendant.              )
_____)

ORDER OF DISMISSAL

_____Gorton   D.J._____

In accordance with the Court's Memorandum and Order dated 1/25/2017 granting the defendants' motion to dismiss (dkt. no. 14), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

|  |  |
|---|---|
| _____1/25/2017_____ | By the Court, |
| Date | __/s/Stephanie Caruso__ |
|  | Deputy Clerk |